IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LORETTA HERBERT,

      Plaintiff,

v.                                            Civ. No. 19-1169 KG/GBW

DIALYSIS CLINIC, INC.,

      Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the parties' Joint Motion to Dismiss, and the Court, having reviewed the Motion and being otherwise fully advised in the premises, finds the Motion well-taken and should be granted.

IT IS THEREFORE ORDERED that that Plaintiff's Complaint, and all causes of action stated therein, are hereby dismissed with prejudice. Each party shall bear their own attorney's fees and costs.

_____
UNITED STATES DISTRICT JUDGE

Approved:

BUTT THORNTON & BAEHR PC

/s/ *Neil R. Blake*
Neil R. Blake
P.O. Box 3170
Albuquerque, NM  87190-3170
Telephone: (505) 884-0777
nrblake@btblaw.com
*Attorneys for Defendant Dialysis Clinic, Inc.*


*Approved via text on 8/31/20*
Victor F. Poulos
Greig Coates
Andrew J. Cavazos
POULOS & COATES, L.L.P.
1802 Avenida de Mesilla
Las Cruces, NM  88005
(575) 523-4444
victor@pouloscoates.com
greig@pouloscoates.com
andrew@pouloscoates.com
*Attorneys for Plaintiff*